266 So.2d 221

**Sandra Jean FAYARD, wife of
Mayer Jules Heiman**

v.

**Dr. Mayer Jules HEIMAN.**

No. 52647.

Sept. 19, 1972.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of

266 So.2d 221

**Adam G. NUNEZ**

v.

**John C. RICKS et al.**

No. 52649.

Sept. 19, 1972.

Writ denied. On the facts found by the Court of Appeal the result is correct.